UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Charles Antonio Croff | ) | CASE NO. 18-69002-jrs |
| | ) | |
| *Debtor(s).* | ) | |
| | ) | |

**REQUEST TO CONVERT CHAPTER 13 CASE TO ONE UNDER CHAPTER 7**

NOW COMES, **Charles Antonio Croff**, Debtor(s), by and through her attorney, Stanton and Worthy, LLC, and moves this Honorable Court to convert this chapter 13 case to a case under chapter 7 and states as follows:

1.

The Debtor filed a petition for relief pursuant to chapter 13 Title 11 U.S.C. on November 9, 2018.

2.

The Debtor has not converted the chapter 13 case from a case under Chapter 7.

3.

The Debtor desires to convert the pending Chapter 13 case to one under Chapter 7 of the United States Bankruptcy Code.

4.

The Debtor is eligible to convert to this Chapter 13 case to a case under Chapter 7.

Wherefore, Debtor prays that this Honorable Court convert this Chapter 13 case to a case under Chapter 7.

Respectfully submitted this 6th day of April 2020

/s/ Shannon Charlmane Worthy_____

Shannon Charlmane Worthy
Attorney for the Debtor
GA Bar No. 733895
Stanton and Worthy, LLC
547 Ponce de Leon Avenue, Suite 150
Atlanta, GA 30308
(404) 800-6415 Phone

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Charles Antonio Croff | ) | CASE NO. 18-69002-jrs |
| | ) | |
| *Debtor(s).* | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Request to Convert Chapter 13 Case to Relief Under Chapter 7 upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Debtor(s)
Charles Antonio Croff
4845 Price Street
Forest Park, GA 30297 (Electronically)

Nancy J. Whaley (Via ECF)

***Please see attached Creditor's Matrix

Respectfully submitted this 6th day of April 2020

/s/ Shannon Charlmane Worthy_____
Shannon Charlmane Worthy
Attorney for the Debtor
GA Bar No. 733895
Stanton and Worthy, LLC
547 Ponce de Leon Avenue, Suite 150
Atlanta, GA 30308
(404) 800-6415 Phone