UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

CHARLES ANTONIO CROFF

Debtor(s)

Case No. A18-69002-JWC

## STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 11/09/2018.

2) The plan was confirmed on 05/01/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/19/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/07/2020.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $84,629.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,882.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,882.50

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,994.24 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $624.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,619.10

Attorney fees paid and disclosed by debtor:           $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Unsecured | NA | 8,719.91 | 8,719.91 | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 20,807.00 | 12,500.00 | 12,500.00 | 1,563.05 | 685.76 |
| CAPITAL ONE BANK (USA), N.A. BY | Unsecured | 950.00 | 950.18 | 950.18 | 0.00 | 0.00 |
| COVINGTON CREDIT OF GEORGIA I | Unsecured | 894.00 | 849.48 | 849.48 | 0.00 | 0.00 |
| CROWN RIVER HOMEOWNERS ASSO | Secured | 300.00 | 546.00 | 546.00 | 164.27 | 0.00 |
| ACCEPTANCE NOW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVEN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATLANTA MEDICAL CENTER | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| CARFINANCE.COM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CB/PIER1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI AUTO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/PIER 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/PIER 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITYBANK/VICTORIA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITYBANK/VICTORIA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITYCB/FOREVER21 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITYCB/FOREVER21 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITYCB/HSN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 1,299.00 | NA | NA | 0.00 | 0.00 |
| TIMEPAYMENT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORPORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WST SHMRK | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| COVINGTON CREDIT/SMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMORY HEALTHCARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWELERS/GENESIS | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/MC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ZEBIT | Unsecured | 1,720.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST AIRLINES FCU | Secured | 12,180.00 | 12,520.65 | 12,520.65 | 1,390.30 | 408.63 |
| TIMEPAYMENT CORP | Unsecured | 9,247.00 | 8,399.60 | 8,399.60 | 0.00 | 0.00 |
| TIMEPAYMENT CORP | Unsecured | 11,133.00 | 8,581.82 | 8,581.82 | 0.00 | 0.00 |
| W.S. BADCOCK CORPORATION | Secured | 1,400.00 | 0.00 | 3,134.80 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Secured | 2,917.53 | 2,917.53 | 2,917.53 | 549.37 | 0.00 |
| WESTERN SHAMROCK CORPORATI | Unsecured | 0.00 | 955.87 | 955.87 | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Secured | 2,520.00 | 500.00 | 500.00 | 500.00 | 2.02 |
| WORLD FINANCE CORPORATION | Unsecured | NA | 1,725.14 | 1,725.14 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,917.53 | $549.37 | $0.00 |
| Debt Secured by Vehicle | $25,020.65 | $2,953.35 | $1,094.39 |
| All Other Secured | $4,180.80 | $664.27 | $2.02 |
| **TOTAL SECURED:** | **$32,118.98** | **$4,166.99** | **$1,096.41** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$30,182.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,619.10 |
| Disbursements to Creditors | $5,263.40 |
| **TOTAL DISBURSEMENTS** : | **$10,882.50** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/21/2020                              By: /s/ Nancy Whaley
                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S  (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. A18-69002-JWC

This is to certify that I have this day served the following with a copy of the foregoing Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
CHARLES ANTONIO CROFF
4845 PRICE STREET
FOREST PARK, GA  30297

**Attorney for the Debtor(s):**
STANTON AND WORTHY, LLC
547 PONCE DE LEON AVENUE NE
SUITE 150
ATLANTA, GA  30308

This the 21st day of April, 2020.

/s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**