UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHARLES ANTONIO CROFF | ) | CASE NO. 18-69002-JWC |
| | ) | |
| DEBTOR. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Shawna Staton hereby gives notice of her appearance on behalf of Mary Ida Townson, United States Trustee for Region 21.

Date: July 6, 2021.

MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

*/s/ Shawna Staton*
Shawna Staton
Georgia Bar No. 640220
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Phone: 404-331-4437, Ext. 152
Email: *Shawna.P.Staton@usdoj.gov*