# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: Charles A. Croff

Case No.: 18-69002-jwc

Chapter: 7/13

Debtor(s) Emergency Request

The Sale of my home payment adjustment time to pay the money back. Only given to 08/05/21 to pay $55,000

To whom It may Concern, I Charles A. Croff would like to go before the judge to see if he could settle the disput between Michael J. Bargar the attorney for the trustee Mr. S. Gregory Hays. My wife and I have been for the last two months trying to settle this with them. I don't want to nor can I afford to sell my home. I spoke with my attorney a couple times asking to go before the judge also asking could mrs. Shannon worthy ask the trustee to lower the fees. I haven't had that much debt to start with. The trustee is asking for $45,000 I asked could they give me 90 days they stated the $45,000 is off the table now they want $55,000. How is this lawful to not even give a person a chance to save their home.

Dated: 8/3/21

Signature: [signed]

Printed Name: Charles Antonio Croff

Address: 4845 Price St
Forest Park, GA 30297

Phone: 404-859-5199

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2021 AUG -3 PM 12:
M. REGINA THOMAS
CLERK
BY: [signed] DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Charles A. Croff )    Case No: 18-69002-jwc
_____ )    Chapter 7/13
_____ )
                         )
                         )
Debtor(s)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 3rd day of August, 2021 I served a copy of Motion to settle the sell of the home dispute which was filed in this bankruptcy matter on the 3 day of August, 2021

Mode of service (check one):    ○ MAILED    ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Michael J. Bargar                    Shannon Worthy
171 17th Street, NW                  547 Ponce De Leon Ave
Atlanta, GA 30363-1031               Suite 150 Atlanta, GA 30308

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 08/3/21            Signature: _____
                          Printed Name: Charles Antonio Croff
                          Address: 4845 Price St
                                   Forest Park, GA 30297

                          Phone: 404-859-5199

(Generic Certificate of Service – Revised 4/13)