## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In     Debtor(s)
Re:    **Charles Antonio Croff**
      4845 Price Street
      Forest Park, GA 30297

      **xxx–xx–5773**

Case No.:  **18–69002–jwc**
Chapter:  **7**
Judge:  **Jeffery W. Cavender**

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**September 9, 2021** at **11:00 AM** in **Courtroom 1203, Atlanta** to consider and act upon the following:

Debtor's Emergency Request regarding the Sale of My Home by Trustee and Action by Debtor's Attorney

      Given the current public health crisis, hearings may be telephonic only. Please check the Important Information Regarding Court Operations During COVID–19 Outbreak tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: August 3, 2021

Form 165