UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHARLES ANTONIO CROFF, | ) | CASE NO. 18-69002-JWC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

NOTICE TO WITHDRAW DOCUMENT

COMES NOW, Debtor's Attorney, Shannon C. Worthy and hereby withdraws the ***"Emergency Request to Set Hearing Regarding Sale of Home filed by Charles Antonio Croff"*** (Doc. No. 75), and all other related documents, filed on August 3, 2021.

Dated: August 9, 2021                    Respectfully submitted,

/s/Shannon C. Worthy
Shannon C. Worthy
Attorney for the Debtor
GA Bar No.: 733895
Stanton and Worthy, LLC.
547 Ponce de Leon Avenue
Suite 150
Atlanta, GA 30308
(404) 800-6415 Phone
(866) 799-7178 Fax
Shannon.worthy@stantonandworthy.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHARLES ANTONIO CROFF, | ) | CASE NO. 18-69002-JWC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the within pleading by placing true copies of same in the United States Mail with adequate postage affixed to endure delivery, addressed to the following:

Charles Antonio Croff
4845 Price Street
Forest Park, GA 30297 (via electronic delivery)

*Trustee*
S. Gregory Hays, Chapter 7 Trustee (via ECF)
Hays Financial Consulting, LLC
2964 Peachtree Road
Suite 555
Atlanta, GA 30305 (via ECF)

*Trustee's Attorney*
Michael J. Bargar
Arnall Golden Gregory, LLP
171 17th Street, NW
Suite 2100
Atlanta, GA 30363

*See attached creditors matrix*

Dated: August 9, 2021                    Respectfully submitted,

/s/Shannon C. Worthy
Shannon C. Worthy
Attorney for the Debtor
GA Bar No.: 733895
Stanton and Worthy, LLC.
547 Ponce de Leon Avenue

Suite 150
Atlanta, GA 30308
(404) 800-6415 Phone
(866) 799-7178 Fax
Shannon.worthy@stantonandworthy.com

```
Label Matrix for local noticing        Acceptance Now                         Ally Financial
113E-1                                 5501 Headquarters Dr                   200 Renaissance Ctr
Case 18-69002-jwc                      Plano, TX 75024-5837                   Detroit, MI 48243-1300
Northern District of Georgia
Atlanta
Mon Aug  9 11:39:42 EDT 2021

Ally Financial                         Arnall Golden Gregory LLP              (p)RESURGENT CAPITAL SERVICES
PO Box 130424                          171 17th Street, N.W.                  PO BOX 2568
Roseville, MN 55113-0004               Suite 2100                             GREENVILLE SC 29602-2568
                                       Atlanta, GA 30363-1031


Badcock                                John V. Ball                           Michael J. Bargar
7965 Tara Blvd Ste 330C                Humphries & King Realty                Arnall Golden Gregory, LLP
Jonesboro, GA 30236-2243               Suite 510-205                          Suite 2100
                                       830 Glenwood Avenue                    171 17th Street, N.W.
                                       Atlanta, GA 30316-1966                 Atlanta, GA 30363-1031


(p)SOUTHERN MANAGEMENT                 Capital One                            Capital One Bank (USA), N.A.
PO BOX 1947                            Po Box 30281                           PO Box 71083
GREENVILLE SC 29602-1947               Salt Lake City, UT 84130-0281          Charlotte, NC  28272-1083


Carfinance.com                         Cb/pier1                               Citi Auto
7525 Irvine Center Dr St               Po Box 182789                          2208 Highway 121 Ste 100
Irvine, CA 92618-3066                  Columbus, OH 43218-2789                Bedford, TX 76021-5981


Comenity Bank/pier 1                   Comenitybank/victoria                  Comenitycb/forever21
Po Box 182789                          Po Box 182789                          Po Box 182120
Columbus, OH 43218-2789                Columbus, OH 43218-2789                Columbus, OH 43218-2120


Comenitycb/hsn                         Convergent Outsourcing                 Charles Antonio Croff
Po Box 182120                          Po Box 9004                            4845 Price Street
Columbus, OH 43218-2120                Renton, WA 98057-9004                  Forest Park, GA 30297-1959


Crown River Homeowners Association, Inc. Emory Healthcare                     (p)GEORGIA DEPARTMENT OF REVENUE
c/o Dunlap Gardiner LLP                po Box 102398                          COMPLIANCE DIVISION
5604 Wendy Bagwell Pkwy Ste 923        Atlanta, GA 30368-2398                 ARCS BANKRUPTCY
Hiram, GA 30141-7819                                                          1800 CENTURY BLVD NE SUITE 9100
                                                                              ATLANTA GA 30345-3202


(p)SENTRY MANAGEMENT INC               S. Gregory Hays                        I C System
PO BOX 1677                            Hays Financial Consulting, LLC         Po Box 64378
STOCKBRIDGE GA 30281-8677              Suite 555                              Saint Paul, MN 55164-0378
                                       2964 Peachtree Road
                                       Atlanta, GA 30305-4909


Internal Revenue Service               Kay Jewelers/genesis                   Paul R. Knighten
P O Box 7346                           15220 Nw Greenbrier, Ste               Knighten Law Firm
Philadelphia, PA 19101-7346            Beaverton, OR 97006-5744               Suite D-295
                                                                              2221 Peachtree Road NE
                                                                              Atlanta, GA 30309-1148
```

| | | |
|---|---|---|
| Vanessa A. Leo<br>Shapiro Pendergast & Hasty, LLP<br>211 Perimeter Center Parkway NE<br>Suite 300<br>Atlanta, GA 30346-1305 | Bryce R. Noel<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| SOUTHWEST AIRLINES FCU<br>PO BOX 35708<br>DALLAS, TX 75235-0708 | Southwest Airlines Efc<br>Po Box 35708<br>Dallas, TX 75235-0708 | Shawna Staton<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Syncb/mc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Timepayment Corp<br>1600 District Ave Ste 20<br>Burlington, MA 01803-5233 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | W.S. Badcock Corporation<br>P.O. Box 724<br>Mulberry, FL 33860-0724 | Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| (p)WELLS FARGO<br>P O BOX 9210<br>DES MOINES IA 50306-9210 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-1663 | Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines, IA 50306-0335 |
| Western Shamrock Corporation dba Western Fin<br>Bankruptcy Department<br>84 Villa Rd, Ste 303<br>Greenville, SC 29615-3013 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| World Finance Corporat<br>2640b Metropolitan Pkwy<br>Atlanta, GA 30315-7921 | Shannon Charlmane Worthy<br>Stanton and Worthy, LLC<br>547 Ponce De Leon Avenue NE<br>Suite 150<br>Atlanta, GA 30308-1881 | Wstshmrk<br>801 S Abe<br>San Angelo, TX 76903-6735 |
| (p)ZEBIT INC<br>ATTN ATTN - KERISSA HOLLIS<br>9530 TOWNE CENTRE DRIVE<br>SUITE 200<br>SAN DIEGO CA 92121-1981 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlanta Medical Center<br>303 Parkway Drive NE<br>Atlanta, GA 30312 | COVINGTON CREDIT GA0012<br>C/O SOUTHERN MANAGEMENT<br>ATTN: BK<br>PO BOX 1947<br>GREENVILLE, SC 29602 | (d)Covington Credit/smc<br>150 Executive Center Drive<br>Greenville, SC 29615 |

| | | |
|---|---|---|
| Georgia Department Of Revenue<br>1800 Century Blvd. NE<br>Atlanta, GA 30345 | Grace Management Services LLC<br>325 Country Club Dr,<br>Stockbridge, GA 30281 | (d)Sentry Management<br>303 Corproate Center Drive Suite 300A<br>Stockbridge, GA 30281 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410 | Wells Fargo<br>P O Box 10438<br>Des Moines, IA 50306-0438 | Zebit<br>9530 Towne Centre Drive, Suite<br>Suite 200<br>San Diego, CA 92121 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ally Financial Inc. | (u)W.S. Badcock Corp. | (u)WELLS FARGO BANK, N.A. |

End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54