**IT IS ORDERED as set forth below:**

**Date: September 21, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CHARLES ANTONIO CROFF, | : | |
| | : | CASE NO. 18-69002-JWC |
| Debtor. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On August 24, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Charles Antonio Croff ("**Debtor**"), filed his *Motion for Order Authorizing Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 81] (the "**Motion**"), seeking an order, among other things, approving a Settlement Agreement[1] pursuant to which, *inter alia*,[2] Trustee, one the one hand, and

---

[1]    Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

[2]    The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the terms of the Settlement Agreement shall controls.

Debtor, on the other hand, settle the claim that the Bankruptcy Estate has regarding that certain real property with a common address of 4845 Price Street, Forest Park, Clayton County, Georgia for certain payments ("**Scheduled Payments**") totaling $55,000.00 (the "**$55,000.00 Settlement Funds**") from Debtor in exchange for Trustee's abandoning the Bankruptcy Estate's Interest in the Property to Debtor.  Finally, Debtor is required to maintain and insure the Property and pay his Mortgage Payments until the later of: (a) Trustee's receipt in full of the $55,000.00 Settlement Funds from Debtor in good funds; or (b) the Settlement Approval Order becoming final.  There are also default and cure provisions should Debtor fail to pay timely any of the Scheduled Payments.  The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

Also on August 24, 2021, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 82] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on August 24, 2021.  [Doc. No. 83].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein.  It is further

17095629v1

**ORDERED** that Trustee and Debtor may take any other actions necessary to effectuate the terms of the Settlement Agreement.  It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

### [END OF DOCUMENT]

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com


**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Shannon Charlmaine Worthy
Stanton and Worthy, LLC
547 Ponce De Leon Avenue, NE
Suite 150
Atlanta, GA 30308

17095629v1

Charles Antonio Croff
4845 Price Street
Forest Park, GA 30297

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

17095629v1