**IT IS ORDERED as set forth below:**

**Date: December 3, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 18-69002-JWC |
| | } | |
| CHARLES ANTONIO CROFF | } | |
| | } | CHAPTER 7 |
| | } | |
| DEBTOR. | } | |

**ORDER ON CONSENTED TO MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

This matter is before the Court via the Debtor's Attorney's "Motion to Withdraw as Attorney of Record Certificate of Consent to Withdraw as Attorney" ("The Motion") which was filed in the above-styled Chapter 7 case on November 11, 2021, Doc. No. 88. In the Motion, Debtor signed and consented to the withdrawal of the Attorney of Record. No objections have been made by any other party-in-interest. Thus, based upon the foregoing, the record in this case, and good cause shown:

**ORDERED** that the Motion is GRANTED: Debtor's Attorney is hereby withdrawn as the Attorney of Record in the instant Chapter 7 case.

**END OF DOCUMENT**

Prepared and submitted by:

/s/_Shannon C. Worthy_____
Shannon C. Worthy
Georgia Bar No.: 733895
Stanton and Worthy, LLC
547 Ponce de Leon Ave. NE
Suite 150
Atlanta, GA 30308
Shannon.Worthy@stantonandworthy.com
404-800-6415 Phone
866-799-7178 Fax

## Distribution List

**Charles Antonio Croff**
4845 Price Street
Forest Park, Georgia 30297

**Shannon C. Worthy**
Stanton and Worthy, LLC
547 Ponce de Leon Ave. NE
Suite 150
Atlanta, GA 30308

**S. Gregory Hays**
Chapter 7 Trustee
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30326

**Michael J. Bargar**
Attorney for the Chapter 7 Trustee
Arnall Golden Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363