**IT IS ORDERED as set forth below:**

**Date: February 18, 2022**

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | CASE NO. 18-69002-JWC |
|---|---|
| CHARLES ANTONIO CROFF, | CHAPTER 7 |
| Debtor. | |

## ORDER

This matter is before the Court on the Motion to Incur New Debt by Modifying Mortgage filed by Debtor on October 7, 2021 (Doc. No. 87) (the "Motion"). The Court held hearings on the Motion on February 3, 2022, and on February 17, 2022. At the hearings, no appearance was made by Debtor, or any party on his behalf. There being no action taken since the hearings on this matter,

**IT IS ORDERED** that the Motion is **DENIED** without prejudice for want of prosecution.

The Clerk's Office shall serve Debtor, Debtor's counsel (if any), the recipients listed below, and all parties on the mailing matrix.

**Wells Fargo Bank, N.A.**
**Default Document Processing**
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121

**Bryce Noel**
**Attorney for Wells Fargo**
Aldridge Pite, LLP
Fifteen Piedmont Center
3375 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

**Wells Fargo Bank, N.A.**
Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**Wells Fargo Bank, N.A.**
Charles W. Scharf, CEO
301 S. Tryon Street
Charlotte, NC 28282

**END DOCUMENT**