**IT IS ORDERED as set forth below:**

**Date: September 13, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CHARLES ANTONIO CROFF, | : | |
| | : | CASE NO. 18-69002-JWC |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On August 10, 2023, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Charles Antonio Croff, filed applications for payment of compensation in the amount of $6,000.00 and expenses in the amount of $135.82 to the Chapter 7 Trustee [Doc. No. 110-1], compensation in the amount of $18,809.50 and expenses in the amount of $252.30 to Michael J. Bargar, as assignee and agent of Arnall Golden Gregory LLP, the Chapter 7 Trustee's counsel [Doc. No. 110-2], and compensation in the amount of $1,680.00 and expenses in the amount of

$89.55 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 110-3] (collectively, the "**Fee Applications**").

Also on August 10, 2023, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 110] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above mentioned professionals.

And, on August 11, 2023, Trustee filed two notices [Doc. Nos. 111 and 112] (collectively, the "**Notices**") regarding the Fee Applications and Trustee's Final Report, in accordance with the Third Amended and Restated General Order No. 24-2018 and setting the Fee Applications and Trustee's Final Report for hearing on September 14, 2023 (the "**Hearing**").

Trustee certifies that he served the Notices on all creditors and parties in interest entitled to notice. [Doc. No. 113].

No objection to the relief requested in the Fee Applications or Trustee's Final Report was filed prior to the objection deadline provided in the Notices and pursuant to the Third Amended and Restated General Order No. 24-2018.

The Court having considered the Fee Applications and Trustee's Final Report along with all other matters of record, including the lack of objection to the relief requested in the Fee Applications and Trustee's Final Report, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Fee Applications and Trustee's Final Report, it is hereby

**ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final.  It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 110-1 | $6,000.00 | $135.82 | $6,135.82 |
| Michael J. Bargar, as assignee and agent of Arnall Golden Gregory LLP, attorneys for Chapter 7 Trustee | 110-2 | $18,809.50 | $252.30 | $19,061.80 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 110-3 | $1,680.00 | $89.55 | $1,769.55 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in Trustee's Final Report.

**[END OF DOCUMENT]**

Order prepared and presented by:

ROUNTREE LEITMAN KLEIN & GEER, LLC

By: */s/ Michael J. Bargar*
     Michael J. Bargar
     Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-122
mbargar@rlkglaw.com

Identification of parties to be served:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Charles Antonio Croff, 4845 Price Street, Forest Park, GA 30297

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Road, Suite 555, Atlanta, GA 30305-2153

Michael J. Bargar, Rountree Leitman Klein & Geer LLC, 2987 Clairmont Road, Suite 350, Atlanta, GA 30329